UNITED STATES DISTRICT COURTdaniel
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MYRTO DASKALOUDI, PETER
TSOLKAS, and NICHOLAS
SEGAL-WRIGHT,

    Plaintiffs,

v.                                            Case No. 3:17-cv-0034-HES-MCR

STEPHEN ZUKOWSKY, individually; and
JOSHUA LAWRENCE, individually,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on a Mediation Disposition Report (Dkt. 20) that indicates this matter has been completely resolved. Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 2nd day of November, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to:**
Bryan E. DeMaggio, Esq.
Camille Elizabeth Sheppard, Esq.
Elizabeth Louise White, Esq.
Jesse B. Wilkison, Esq.
Matthew R. Kachergus, Esq.
William J. Sheppard, Esq.
Leonard Thomas Hackett, Esq.
Matthew T. Collett, Esq.