UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MYRTO DASKALOUDI, PETER TSOLKAS,
and NICHOLAS SEGAL-WRIGHT,

      Plaintiffs,

v.                                          Case No. 3:17-cv-0034-J-20JRK

STEPHEN ZUKOWSKY, individually; and
JOSHUA LAWRENCE, individually,

      Defendants.
_____/

## O R D E R

Before the Court is the parties' "Joint Stipulation of Dismissal With Prejudice" (Dkt. 22). Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this action with prejudice, with each party to bear its own fees and costs.

Accordingly it is **ORDERED**:

1. This case is **DISMISSED with prejudice**; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of January, 2018.

                                              HARVEY E. SCHLESINGER
                                              UNITED STATES DISTRICT JUDGE

Copies to:
Bryan E. DeMaggio, Esq.
Leonard Thomas Hackett, Esq.